THERESA PUZIO, PLAINTIFF-RESPONDENT, v. CIRO PUZIO, DEFENDANT-PETITIONER.

*Mr. Louis Santorf* for the petitioner.

*Mr. J. Mortimer Rubinstein* for the respondent.

May 16, 1960. Denied.

ELIZABETH ADAMO *ET AL.*, PLAINTIFFS-RESPONDENTS, v. JAMES CHIRLO, DEFENDANT-PETITIONER.

*Mr. James A. Major* for the petitioner.

*Mr. Joseph H. Gaudielle* and *Mr. Herbert Koransky* for the respondents.

May 16, 1960. Denied.